IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DAMON WIECHMAN, | ) | CIVIL ACTION NO. 3:22-cv-02332-JJH |
| Plaintiff, | ) ) | JUDGE JEFFREY J. HELMICK |
| v. | ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the claim will be sent to an administrative law judge to further consider the Plaintiff's claim and to take any further action necessary to complete the administrative record, hold a new hearing, and issue a new decision.

Date: 7/10/2023

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge